IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEIVI ORLANDO PEREZ HERNANDEZ,

      Petitioner,

v.                                        Case No. 2:25-cv-01099-JB-LF

PAMELA BONDI, Attorney General of
the United States; KRISTI NOEM,
Secretary of the Department of Homeland
Security, (DHS); TODD LYONS, Acting
Director of Immigration & Customs
Enforcement, (ICE); and DORA CASTRO,
Warden of Otero County Processing Center

      Respondents.

**ORDER GRANTING MOTION FOR EXTENSION OF TIME
TO PROVIDE JURISDICTIONAL EVIDENCE**

THIS MATTER is before the Court on Respondents' Unopposed Motion for Extension of Time to Provide Jurisdictional Evidence (Doc. 28). On December 5, 2025, the Court set a deadline of December 9, 2025, at 12:00 P.M. MST for Respondents to file on the docket an affidavit or other document providing additional information as to Petitioner's exact location when the petition was filed. Doc. 25 at 2. Respondents request a one-day extension of this deadline to allow them to produce definitive evidence of Petitioner's location at the time the Petition was filed. Doc. 28 ¶¶ 3–4. Petitioner does not object so long as the hearing set for December 10, 2025, is not postponed and Petitioner is provided any additional evidence before the hearing. *Id.* ¶ 5.

The Court will therefore GRANT the motion. Respondents shall have until **Wednesday, December 10, 2025, at 9:00 a.m. MST** to file on the docket evidence of Petitioner's location at the time the petition was filed (November 5, 2025, at 10:21 PM MST), though Respondents are

encouraged to docket that evidence as soon as practicable.  If the parties review that evidence before the December 10, 2025, hearing and agree that this matter should be transferred, they may file a stipulated motion to vacate the hearing and to transfer the matter pursuant to 28 U.S.C. § 1631.  Otherwise, the Court will hear arguments as to both jurisdiction and the merits of the petition during the hearing.

      IT IS SO ORDERED.


                                  Laura Fashing
                                  United States Magistrate Judge