IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEIVI ORLANDO PEREZ HERNANDEZ,

    Petitioner,

v.                                                                                    Case No. 2:25-cv-01099-JB-LF

PAMELA BONDI, Attorney General of
the United States; KRISTI NOEM,
Secretary of the Department of Homeland
Security, (DHS); TODD LYONS, Acting
Director of Immigration & Customs
Enforcement, (ICE); and DORA CASTRO,
Warden of Otero County Processing Center

    Respondents.

## ORDER SETTING DEADLINE FOR
## RESONDENTS TO PROVIDE SUPPLEMENTAL EVIDENCE

    IT IS HEREBY ORDERED that Respondents shall file on the docket no later than **Monday, December 15, 2025**, at 12:00 p.m. MST any supplemental evidence they have establishing Petitioner's location at the time the petition in this matter was filed (November 5, 2025, at 10:21 p.m. MST). The supplemental evidence preferably will include the I-216 for petitioner's transfer from Delaney Hall Detention Facility in Newark, New Jersey to El Paso, Texas; transportation records as to exactly when petitioner was transported to Camp East Montana; and an affidavit from an official familiar with Camp East Montana who is able to authenticate Government's Exhibit 6 and explain the entries that were made on that document on November 5, 2025, beginning at 17:52:57.

    If the parties review the supplemental evidence and agree that this matter should be transferred, they may file a stipulated motion to transfer the matter pursuant to 28 U.S.C. § 1631. If the parties review the evidence and dispute whether the matter should be transferred, they shall

file a joint status report no later than Monday, December 15, 2025, at 5:00 p.m. MST in which each party shall state whether they oppose transfer.

    IT IS SO ORDERED.

_____
Laura Fashing
U.S. Magistrate Judge

2